# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 1:09-cr-5 |
| v. | |
| AMIFA S. KNIGHT, | |
| Defendant. | |

TO: Alphonso G. Andrews, Jr., Esq., AUSA
Natalie Nelson Tang How, Esq.

## ORDER DENYING DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE

THIS MATTER came before the Court on September 17, 2009, for hearing upon Defendant's Motion to Amend Conditions of Release (Docket No. 55). The government was represented by Allan F. John-Baptiste, Esq., AUSA. Natalie Nelson Tang How, Esq., appeared on behalf of Defendant.

Defendant seeks the removal of house arrest with electronic monitoring as conditions of her pretrial release, alleging that these conditions are burdensome and a hardship. The government opposes the proposed amendment.

In its Order (Docket No.50) denying the government's motion to detain, entered August 17, 2009, the Court found that detention was not warranted, but did acknowledge the seriousness of the charges included in the superceding indictment.  Consequently, the Court found that the increased risk of flight warranted the addition of the condition of house arrest, with electronic monitoring, and an increase in the amount of bond.  Nothing in Defendant's motion or arguments of counsel persuades the Court that circumstances have changed or that the Court's previous finding was in error.

WHEREFORE, it is hereby **ORDERED** that Defendant's Motion to Amend Conditions of Release (Docket No. 55) is **DENIED**.

ENTER:

Dated: September 17, 2009

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE