**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 1:09-cr-5 |
| v. | |
| AMIFA S. KNIGHT, | |
| Defendant. | |

TO: Alphonso G. Andrews, Jr., Esq., AUSA
      Natalie Nelson Tang How, Esq.

## ORDER GRANTING DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE

THIS MATTER came before the Court on January 14, 2010, for hearing upon Defendant's Motion to Extend Conditions of Release (Docket No. 88). The government was represented by Alphonso G. Andrews, Jr., Esq., AUSA. Natalie Nelson Tang How, Esq., appeared on behalf of Defendant. Defendant also was present.

Said Defendant requests the extension of the temporary amended release condition of curfew instead of house arrest with electronic monitoring as allowed by Order Granting Defendant's Motion to Amend Conditions of Release (Docket No. 83). By the terms of the

said Order, the condition as amended expired on January 10, 2010. The government opposes the extension, arguing that said Defendant is a flight risk.

The said Order was entered after said Defendant's trial, wherein she was found guilty of three charges relating to perjury, but was acquitted of all other charges, including conspiracy to commit murder. Having heard the arguments of counsel, the Court finds that the government has not demonstrated said Defendant's risk of flight in view of the jury verdict. Moreover, the Court finds that the conditions, as amended, reasonably assure said Defendant's appearance and the safety of the community.

WHEREFORE, it is hereby **ORDERED**:

1. Said Defendant's Motion to Extend Conditions of Release (Docket No. 88) is **GRANTED**.

2. The Order Setting Conditions of Release is hereby **AMENDED** to impose a daily curfew of 10:00 p.m. to 6:00 a.m. and remove the condition of house arrest with electronic monitoring.

3. All other conditions set forth in said Order Setting Conditions of Release remain unchanged and in full force and effect.

ENTER:

Dated: January 14, 2010        /s/ George W. Cannon, Jr.
                               GEORGE W. CANNON, JR.
                               U.S. MAGISTRATE JUDGE